█ Robert Berkley Physical Therapy, P.C., Respondent, v The Historic Woodruff Block, LLC, Appellant. (Appeal No. 1.) [980 NYS2d 865]—Appeal from an order of the Supreme Court, Oswego County (Norman W. Seiter, Jr., J.), entered March 20, 2012. The order granted the motion of plaintiff for summary

judgment, affirmed plaintiff's rejection of the parties' lease, and dismissed defendant's counterclaims.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.